# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2790
LT Case No. 2023-31941-FMCI

_____

TERA B. LAU,

    Appellant,

    v.

RACHEL STEPHENS,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Sandra C. Upchurch, Judge.

Tera B. Lau, Deltona, pro se.

Rachel L. Stephens, Deltona, pro se.

June 4, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____